## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-3793-CAS(PLAx) | Date | August 4, 2009 |
|---|---|---|---|
| Title | *WORLD WIDE RUSH, LLC v. CITY OF LOS ANGELES* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - OSC WHY THIS COURT SHOULD NOT STRIKE ANY AND ALL PLEADINGS FILED BY COUNSEL FOR FAILURE TO RESPOND AND SUBMIT PAYMENT IN THE AMOUNT OF $395.00.

On May 26, 2009, the civil action filing fee of $350.00 was returned to the Court by the bank for "Insufficient Funds". On June 23, 2009, notification by the Court was sent regarding the NSF replacement payment. To date, no replacement payment has been received by the Court.

**IT IS HEREBY ORDERED** that **Plaintiff, WORLD WIDE RUSH, LLC**, show cause in writing not later than **August 19, 2009** why it has failed to remit a replacement payment in the amount of $395.00, or proof of replacement payment in this action and why this Court should not strike any and all pleadings filed by plaintiff and/or dismiss the action in its entirety.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)     Remittance of the replacement payment in the amount of $395.00, or proof of replacement payment made in this action

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |